IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEAL S. SMITH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.:S 02-3049 |
| | ) |
| CONTINENTAL CASUALTY COMPANY | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S NOTICE OF FILING OF LENGTHY EXHIBITS**

On the 27th day of March, 2003, Plaintiff filed all exhibits referred to in its filed Cross Motion for Summary Judgement.

Respectfully submitted,

_____
Scott B. Elkind #10810
Stephen F. Shea #4066
Elkind & Shea
801 Roeder Rd., Ste. 550
Silver Spring, MD 20910
P: (301) 495-6665
F: (301) 565-5111
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2003, a copy of Plaintiff's Notice of Filing of Lengthy Exhibits, was mailed, first class, postage prepaid to:

> Hisham M. Amin, Esq.
> Bryan D. Bolton, Esq.
> Bolton & Funk, P.A.
> 36 S. Charles St., 12th Floor
> Baltimore, MD 21201-3111
> Counsel for Defendants

_____
Scott B. Elkind