UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH | * | |
|     Plaintiff, | * | |
| v. | * | Civil Action No. S 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY | * | |
|     Defendant. | * | |

\* * * * * * * * * * * * * *

STIPULATION EXTENDING TIME FOR
CONTINENTAL CASUALTY COMPANY TO
RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT

The parties agree to extend until May 2, 2003, the deadline for Continental Casualty Company to file a response to plaintiff's motion for summary judgment and to file any cross-motion for summary judgment.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | \_\_/s/_____ |
| Scott B. Elkind | Bryan D. Bolton |
| Federal Bar No.10810 | Federal Bar No. 02112 |
| Stephen F. Shea | Hisham M. Amin |
| Federal Bar No. 04066 | Federal Bar No. 15570 |
| | |
| Elkind & Shea | Funk & Bolton, P.A. |
| 801 Roeder Road, Suite 550 | Twelfth Floor |
| Silver Spring, Maryland  20910 | 36 South Charles Street |
| 301.495.6665 (telephone) | Baltimore, Maryland  21201-3111 |
| 301.565.5111 (facsimile) | 410.659.7700 (telephone) |
| | 410.659.7773 (facsimile) |
| | |
| Attorneys for Plaintiff, Neal S. Smith | Attorneys for Continental Casualty Company |

SIGNED BY BRYAN D. BOLTON
WITH THE PERMISSION OF SCOTT B. ELKIND

SO ORDERED:

_____       Date: _____
United States District Court Judge

Dated:        April 28, 2003

20024.014: 63732