UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH | * | |
|     Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY | * | |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant, Continental Casualty Company, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 105, submits this cross-motion for summary judgment and opposition to the cross-motion for summary judgment filed by plaintiff, Neal S. Smith. The grounds for the cross-motion and opposition are set forth in the accompanying memorandum.

WHEREFORE, Continental Casualty Company moves for an order granting its motion for summary judgment, denying the cross-motion for summary judgment filed by plaintiff, Neal S. Smith, and the entry of judgment in its favor as to all disputed matters in this case.

          Respectfully submitted,

          _____
          Bryan D. Bolton
          Federal Bar No. 02112
          Hisham M. Amin
          Federal Bar No. 15570
          Peter C. Ismay
          Federal Bar No. 27118

          Funk & Bolton, P.A.
          Twelfth Floor
          36 South Charles Street
          Baltimore, Maryland  21201-3111
          410.659.7700 (telephone)
          410.659.7773 (facsimile)

          Attorneys for Continental Casualty Company

Dated:        May 2, 2003
20024.014:63833 v.1