UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH | * | |
|    Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY | * | |
|    Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CONTINENTAL CASUALTY COMPANY'S
NOTICE OF FILING OF LENGTHY EXHIBITS

The administrative record and relevant policy documents in this case exist only in paper format and if scanned will be larger than 1.5 MB. These documents will be filed with the Clerk's Office in paper format.

The attorneys identified below certify that within 24 hours, not including the intervening weekend, of the filing of this Notice, paper copies of the documents identified above will be filed and served.[1]

---

[1] The Court's March 31, 2003 Notice of Electronic Filing of Paper No. 17 states that plaintiff Neal Smith filed the administrative record in this case. Mr. Smith, however, did not file the administrative record in this case. As Mr. Smith's "Notice of Filing of Lengthy Exhibits" indicates on its face, Mr. Smith filed only the "exhibits referred to in [his] Cross Motion for Summary Judgment." (*See* Paper No. 17, Pl.'s Notice of Filing of Lengthy Exs.) In order to avoid further confusion, Continental is filing a complete copy of the administrative record and relevant policy documents associated with this case. The parties have previously conferred as to the contents of the administrative record. (*See, e.g.,* Paper No. 11, Def.'s Resp. to Mot. to Revise Sch. Order ("[T]he parties agree to designate a single set of documents constituting the administrative record and will cite to it in their motions and briefs.").)

        Respectfully submitted,


_____
Bryan D. Bolton
Federal Bar No. 02112
Hisham M. Amin
Federal Bar No. 15570
Peter C. Ismay
Federal Bar No. 27118

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Continental Casualty Company

Dated:     May 2, 2003
20024.014:63847 v.1