IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NEAL S. SMITH,                              )
                                            )
         Plaintiff,                         )
                                            )
v.                                          )   Civil Action No.:S 02-3049
                                            )
CONTINENTAL CASUALTY COMPANY                )
                                            )
         Defendant.                         )

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S CROSS MOTION
FOR SUMMARY JUDGEMENT**

Plaintiff, by and through counsel, hereby opposes Defendant's Cross-Motion for

Summary Judgement and moves for Summary Judgement in its favor and, in so doing, states the

following:

The grounds on which Plaintiff's opposition are based are set forth in the accompanying

Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant's

Cross-Motion for Summary Judgement.

                                   Respectfully submitted,


                                   _____
                                   Scott B. Elkind #10810
                                   Stephen F. Shea #4066
                                   Elkind & Shea
                                   801 Roeder Rd., Ste. 550
                                   Silver Spring, MD 20910
                                   P: (301) 495-6665
                                   F: (301) 565-5111
                                   Attorneys for Plaintiff