**TABLE OF CONTENTS**

I.  SUPPLEMENTAL FACTUAL STATEMENT......................................................................1

    A.  *Defendant attempts to mischaracterize Plaintiff's medical condition*.......................1

    B.  *Defendant purposefully avoided reference to many findings which support Plaintiff's disability*..................................................................................................................4

    C.  *Defendant makes multiple reference to predisability medical reporting to support a subsequent position for claim denial*........................................................................7

    D.  *Defendant failed to give any weight to several important vocational findings.*........8

    E.  *Defendant failed to give any weight to Claimant's report of activities of daily living*......................................................................................................................11

    F.  *The Defendant places undue reliance on the findings of a nonexamining medical reviewer*..................................................................................................................12

SUPPLEMENTAL LEGAL ARGUMENT................................................................................14

    A.  *Defendant's financial conflict of interest and consequential should result in a "sliding scale" review under the abuse of discretion standard.*..............................14

    B.  *Defendant conducted an unfair and biased review of the evidence*........................17

    1.  <u>Defendant's use of improperly selective medical evidence is unfair and does not constitute substantial evidence on which to base a denial of the claim</u>....................17

    2.  <u>Defendant fails to address the fact that it terminated Plaintiff's disability benefits despite no clinical evidence demonstrating improvement in his condition following a period of claims approval and payment</u>..............................................................20

    3.  <u>Defendant failed to consider an appropriate job description</u>..................................22

    C.  *The applicability of the treating physician rule remains undetermined at this time.*25

    D.  *The Defendant failed to give any weight to the findings of the Social Security Administration*........................................................................................................26

CONCLUSION............................................................................................................................29