UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH, | * | |
|     Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY, | * | |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

MOTION TO STRIKE PLAINTIFF'S
SURREPLY IN FURTHER SUPPORT OF HIS
CROSS-MOTION FOR SUMMARY JUDGMENT

    Defendant, Continental Casualty Company, pursuant to Maryland Local Rule 105, submits this motion to strike plaintiff's surreply filed in support of his cross-motion for summary judgment.[1] The grounds for this motion to strike are set forth in the accompanying memorandum of law.

    WHEREFORE, Continental Casualty Company moves for an order of this Court striking the surreply filed by plaintiff, Neal S. Smith.

---

[1] Although mislabeled a "Reply Memorandum of Points and Authorities in Further Support of Cross Motion for Summary Judgment," as the third memorandum filed by Mr. Smith, it clearly is a surreply.

Respectfully submitted,

_____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
Hisham M. Amin
Federal Bar No. 15570
Peter C. Ismay
Federal Bar No. 27118

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Continental Casualty Company

Dated:     May 30, 2003

20024.014: 64403