IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

```
              U.S. DISTRICT COURT
                    MARYLAND
              2003 AUG -4  P 2: 7
              CLERK'S OFFICE
              AT BALTIMORE
              _____ DEPUTY
```

NEAL S. SMITH,

    Plaintiff,

v.                            CIVIL NO.: WDQ-02-3049

CONTINENTAL CASUALTY COMPANY

    Defendant

\*       \*   \*                 \*   \*     \*   \*

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 4th day of August 2003, hereby ORDERED:

    the plaintiff's motion for summary judgment BE, and it hereby IS, GRANTED IN PART and DENIED IN PART;

2.    That the plaintiff's motion for summary judgment BE, and it hereby IS, GRANTED with respect to the denial of long-term disability benefits;

3.    That the defendant pay the plaintiff all benefits owed under the terms of the plan, together with interest, as well as future benefits until such time as the plaintiff no longer qualifies for them;

4.    That the plaintiff's motion for summary judgment BE, and it hereby IS, DENIED with respect to the denial of "waiver of

premium" coverage under the group term life insurance policy;

5. That the plaintiff's claim for "waiver of premium" coverage BE, and it hereby IS, REMANDED to the defendant for further consideration;

6. That the defendant's motion for summary judgment BE, and it hereby IS, DENIED IN PART;

7. That the defendant's motion for summary judgment BE, and it hereby IS, DENIED with respect to the denial of long-term disability benefits and with respect to the denial of "waiver of premium" coverage under the group term life insurance policy;

8. That the parties submit briefs on the issue of attorneys' fees and costs, including the amount thereof, in accordance with the following schedule:

    a. Petition by the plaintiff, within ten days of the date of this Order;

    b. Response by the defendant, within twenty days of the date of this Order; and

    c. Reply by the plaintiff, within twenty-five days of the date of this Order;

9. That the parties discuss the actual dollar amount of long-term disability benefits owed, including prejudgment interest, and communicate the result to the Court no later than twenty-five

hence and

That the Clerk of the Court transmit copies of this Order and the Memorandum Opinion to counsel for the parties.

_____
William D. Quarles, Jr.
United States District Judge