IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEAL S. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:S 02-3049 |
| | ) |
| CONTINENTAL CASUALTY COMPANY | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF SCOTT B. ELKIND IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS
UNDER ERISA § 502(g)**

I, SCOTT B. ELKIND, DECLARE AS FOLLOWS:

1. I am an attorney licensed to practice before all the courts of Maryland, Virginia, District of Columbia, and West Virginia, including all federal district courts therein, the United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court.

2. My education includes a Bachelor of Science, with Honors, from Union College, Schenectady, New York (1987), a Masters of Forensic Sciences from The George Washington University, Washington, DC (1989), and a Juris Doctor from the Catholic University of America, Washington, DC (1992).

3. I was admitted to the practice of law in 1992 and have been practicing continuously over the past 11 years. As a result of my practice emphasis in disability benefits, I founded Elkind & Shea in 2002 to allow me to focus solely on disability benefits issues.

1

4.      Since 1998, an increasing amount of my practice has been devoted to ERISA claims. I have handled approximately 50 ERISA claims which have involved all aspects of the claims process including assistance in application, appeals through exhaustion of administrative review, preparation for and the litigation of claims denials at the district level, and a pending appeal before the Fourth Circuit of Appeals. The majority of the cases involve long term disability issues and have included other attendant pension and welfare benefits. These cases are generally fact intensive, both from a medical perspective and a vocational perspective, and are thus far more time intensive then nearly any other civil litigation I have encountered in my practice. As insurers have become more sophisticated and aggressive in their strategies and benefit denials, these case have become increasingly difficult and involve multiple legal issues related to preemption, contract interpretation, conflicts between plan documents, standard of review, conflict of interest analysis, scope of the administrative record, discovery issues, scope of review, correlation of facts in the record as a whole, insufficiency of denial letters under the requirements of the regulations, state insurance law, comparable earnings analysis, claims under 502(a)(3) for appropriate equitable relief in addition to benefits claims under (a)(1)(B), knowledge of injury and disease processes, understanding of testing, treatment and medication protocols, understanding of vocational issues such as transferability, accommodation, as well as many others.

5.      I am currently litigating *Coffman v. Metropolitan Life Ins. Co.*, Docket No. 02-2128, in the United States for the Fourth Circuit and have several pending matters before this Court. I recently concluded representation in *National Electric Benefit Fund v. Cathers*, Civ. No. PJM03-CV17 for which I received a *pro bono* appointment from this Court as a result of

being one of very few plaintiff attorneys who regularly practice in the ERISA benefits field. My administrative appeal efforts have resulted in numerous victories and includes back benefits awarded to a Chief Executive Officer of his own corporation in excess of $600,000.00 with continuing and future benefits with an estimated worth of $2 Million as well as settlement of another long term disability claim for an anesthesiologist in the amount of $600,000.00.

6. My usual hourly rate for representing ERISA claimants in litigation is $300.00/hr. In this matter, I have so far limited Mr. Smith's fees to an amount of $12,000.00 for the trial court level proceedings (billed at $300/hour) and have not billed the remainder as of yet. This special courtesy has been offered since Mr. Smith has not received disability income from his employer for an extended time and has substantially drained his personal savings while living on his Social Security Disability income alone. This reduction lessened the stress experience by Mr. Smith while he deals with other mounting financial obligations during the pendency of this action. Discounting of rates and contingency fee arrangements are often necessary to accommodate the needs of impoverished clients who have been wrongfully denied much needed disability benefits for extended periods under ERISA.

7. I frequently communicate with a number of well-respected ERISA attorneys across the country with similar experience from across the Country who charge similarly hourly rates for their work. It has come to my attention through my colleagues that many members of the defense bar charge in excess of $300.00/hr for work in this area of law.

8. I am a frequent speaker at educational conferences and regularly contribute articles on ERISA and topics related to disability benefits law. A partial list of the most recent presentations and article include:

C       Fall Fiesta. Virginia Trial Lawyers Association. Moderator. Social Security Workers' Compensation Joint Session. September 27, 2002. Richmond, VA.

C       "Medical Liens after *Knudson.*" May, 2002, ATLA (National Phone Conference)

C       "Functional Capacity Evaluations and Vocational Issues: Principles from Social Security Cases that May Apply in ERISA, STD, and LTD Claims." ERISA for Trial Lawyers. North Carolina Academy of Trial Lawyers. May 3, 2002. Raleigh, North Carolina.

C       "Ethical Handling of Medical Liens" Trial Advocacy A - Z: Tort Masters Seminar. Joint Meeting of Maryland Trial Lawyers, District of Columbia Trial Lawyers and Virginia Trial Lawyers Associations. November 1, 2002. Washington, DC.

C       "ERISA Law Update" and "Employee Welfare Plan Benefits Claims" AOA Pension Counseling and Information Program. Winter, 2003. Washington, DC.

C       "ERISA for Trial Lawyers" District of Columbia Trial Lawyers Association, March 6, 2003. Washington, DC.

C       "The Short 'To Do' List for Long Term Disability Claims." Virginia Trial Lawyers Association Annual Convention. March 28, 2003. The Homestead, Virginia.

C       "Administrative Appeal of the ERISA Disability Claim" Individual Disability Insurance Claims and ERISA. National Organization of Social Security Claimant's Representatives. April 11, 2003. Washington, DC.

C       "Administrative Appeal Techniques." ERISA Litigation. ATLA (National Phone Conference) May 13, 2003.

C       "Effect of ERISA and Private LTD Benefits." Coordination of Disability Benefits. Workplace Injury Litigation Group Annual Meeting. . July 19, 2003. San Francisco, CA

4

C Presenter of many disability benefits related topics at the Annual Convention of the Association of Trial Lawyers of America 1996-2002.

C Columnist, *The Medical Bulletin* (Maryland, District of Columbia, Northern Virginia) 2001 - Present.  Columns have addressed the following issues:  disability, Medicare, HIPAA, office management, employment, corporate, insurance, among others.

C Regular Contributor. Newsletter for Social Security Disability Section of the American Trial Lawyers Association, 1996 - present.

It should be noted that I participated in presentations at the American Conference Institute from June 14 - 15, 2001 in Boston, MA, at which time I gave presentations entitled "Pre-Litigation Strategies: Can the Claim Be Resolved Before It Becomes a 'Case.'" (Aspect covered: Functional Capacity Forms and Questionnaires) and "The ADA, Social Security, and Private Disability Litigation: How Do They Interrelate."  Another presenter at that conference was opposing counsel in this matter, Bryan D. Bolton.

 9. I am currently serving as Co-Chair of the Social Security Disability Section of the Virginia Trial Lawyers Association.  I have been the Legislative Chair of the Section for the past four years.  I assisted in founding the Social Security Disability Section of the Association of Trial Lawyers of America in 1998 and have served on the Executive Board from that time.  I served as Vice-Chair of the Section in 1998 - 9 and was the Chair from 1999 - 2000.  I have an invited participant (on behalf of ATLA) on the "Roundtable on Multi-Level Disability & Medicare Reform" hosted by the Catholic University Law School during the past two years and is a continuing project.

 10. ERISA is an extremely complex area of law, even for attorneys who have

specialized in the area for years.  The law virtually shifts daily with decisions issued across the country.  This necessary of having knowledge of nationwide precedent is reflected in the pleadings submitted in this matter.  Given the complexity and rapidly evolving nature of ERISA law, it is a virtual minefield for attorney with little or no ERISA experience.  For this reason, there are few attorneys who practice in ERISA litigation, and even fewer who are experienced.  The number of experienced plaintiff practitioners in this jurisdiction can be counted on a single hand.  As part of my effort to remain educated in ERISA developments, I attend conferences given by the American Bar Association, Defense Research Institute, and Association of Trial Lawyers of America.

      I declare under the penalty of perjury that the foregoing is true and correct.

      Executed this _____ day of August, 2003 in Silver Spring, Maryland.

_____

Scott B. Elkind