UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

STIPULATION EXTENDING TIME FOR
CONTINENTAL CASUALTY COMPANY TO
RESPOND TO PLAINTIFF'S PETITION FOR ATTORNEYS' FEES

The parties, by their undersigned counsel, agree to extend the deadline for Continental Casualty Company ("Continental") to file a response to plaintiff's petition for attorneys' fees in connection with the above-captioned action. The parties agree that Continental will file its response on or before August 29, 2003.

Respectfully submitted,

| | |
|---|---|
| _____/s/  (with permission)\_\_\_\_\_ | \_\_/s/_____ |
| Scott B. Elkind | Bryan D. Bolton |
| Federal Bar No.10810 | Federal Bar No. 02112 |
| Stephen F. Shea | Hisham M. Amin |
| Federal Bar No. 04066 | Federal Bar No. 15570 |
| | |
| Elkind & Shea | Funk & Bolton, P.A. |
| 801 Roeder Road, Suite 550 | Twelfth Floor |
| Silver Spring, Maryland  20910 | 36 South Charles Street |
| 301.495.6665 (telephone) | Baltimore, Maryland  21201-3111 |
| 301.565.5111 (facsimile) | 410.659.7700 (telephone) |
| | 410.659.7773 (facsimile) |
| | |
| Attorneys for Plaintiff Neal Smith | Attorneys for Defendant Continental Casualty Company |

SO ORDERED:

_____    Date: _____
United States District Court Judge


Dated:  August 21, 2003

20024.014: 66526