| | **FUNK & BOLTON** | |
|---|---|---|
| DAVID M. FUNK | A Professional Association | HUGH M. BERNSTEIN |
| BRYAN D. BOLTON | Attorneys at Law | JAMES F. TAYLOR |
| BRYSON F. POPHAM | Twelfth Floor | PETER C. ISMAY |
| REN L. TUNDERMANN | 36 South Charles Street | CHERYL A. C. BROWN |
| DEREK B. YARMIS | Baltimore, Maryland 21201-3111 | HISHAM M. AMIN |
| CHARLES D. MACLEOD | (410) 659-7700 | COLIN BELL |
| JEFFERSON L. BLOMQUIST | Facsimile: (410) 659-7773 | |
| LINDSEY A. RADER | | OF COUNSEL: |
| | Writer's Direct Dial: (410) 659-4980 | JOHN A. ANDRYSZAK |
| | hamin@fblaw.com | GARY C. HARRIGER |
| | | MICHAEL R. MCCANN |
| | | STEPHEN Z. MEEHAN |
| | | J. FRANK NAYDEN |
| | | DEBORAH R. RIVKIN |
| | | JOHN R. STIERHOFF |

August 29, 2003

The Honorable William D. Quarles, Jr.
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    *Neal Smith v. Continental Casualty Company*
              Civil Action No. WDQ-02-CV-3049

Dear Judge Quarles:

    In accordance with the Court's Order issued August 4, 2003, the parties are pleased to report that they have conferred and calculated the benefits at issue in connection with the above-referenced case. The parties agree that the long-term disability benefits owed to Mr. Smith pursuant to the Order, including offsets and prejudgment interest through the date of the Order, total $117,100.00.

    Please feel free to contact us if you have any questions.

Respectfully submitted,

| | |
|---|---|
| _____/s/ (with permission)\_\_\_\_\_ | _____/s/_____ |
| Scott B. Elkind | Bryan D. Bolton |
| Federal Bar No.10810 | Federal Bar No. 02112 |
| Stephen F. Shea | Hisham M. Amin |
| Federal Bar No. 04066 | Federal Bar No. 15570 |
| | |
| Elkind & Shea | Funk & Bolton, P.A. |
| 801 Roeder Road, Suite 550 | Twelfth Floor |
| Silver Spring, Maryland 20910 | 36 South Charles Street |
| 301.495.6665 (telephone) | Baltimore, Maryland 21201-3111 |
| 301.565.5111 (facsimile) | 410.659.7700 (telephone) |
| | 410.659.7773 (facsimile) |
| | |
| Attorneys for Plaintiff Neal Smith | Attorneys for Defendant |
| | Continental Casualty Company |

20024.014.66 695