UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEAL S. SMITH | * |
|     Plaintiff, | * |
| v. | *   Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY | * |
|     Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT CONTINENTAL CASUALTY COMPANY'S NOTICE OF APPEAL

Notice is hereby given that defendant, Continental Casualty Company ("Continental"), hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Court's order denying Continental's motion for summary judgment and granting, in part, plaintiff Neal Smith's motion for summary judgment, which was entered in this action on the 4th day of August, 2003.

Respectfully submitted,

_____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
Hisham M. Amin
Federal Bar No. 15570

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Continental Casualty Company

Dated: September 2, 2003
20024.014:66723