UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Michael R. McCann in the above-captioned action as additional counsel for Continental Casualty Company.

Respectfully submitted,

_____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
Hisham M. Amin
Federal Bar No. 15570

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201-3111
Telephone: (410) 659-7700
Facsimile: (410) 659-7773

Dated:   September 3, 2003         Attorneys for Continental Casualty Company
20024.014:66782