# AMENDED BILLING SUMMARY FOR *SMITH V. CONTINENTAL CASUALTY CO.* LITIGATION, CASE NO. WDQ-02-3049

**KEY:**

**C** = Local Rule Coding as follows:

    C =    case development/administration
    P =    pleading
    M =    motions practice

other abbreviations:

D = Defense counsel

| DATE | C | PURPOSE | TIME |
|---|---|---|---|
| 9/11/02 | P | drafted complaint | 1.5 |
| 9/12/02 | P | 2nd draft, call to client to verify, prep. cover sheet and summons filing fee = $150.00 | 2.0 |
| 11/30/02 | C,M | rec'd motion to dismiss review (C), called D to discuss(C), drafted response, research (M) | 3.0 |
| 12/31/02 | C | call to D, composed letter | 0.3 |
| 1/2/03 | C | review D answer, corporate affil., and call to discuss case | 0.5 |
| 1/30/03 | C,M | call to D(C), review prelim. draft of stipulation, changes made(M) | 0.5 |
| 1/31/03 | C | reviewed changes, call to D, initial rev. of claims file | 1.0 |
| 2/2/03 | C,M | several calls to D (C), writing, revisions mailing of enlargement motion(M) | 2.0 |
| 2/3/03 | M | research and drafted discovery motion | 3.0 |
| 2/4/03 | C | conversations with Clerk of the court and D | 0.5 |
| 2/5/03 | C | call to opposing counsel, review all appeals and claims file for cross comparison | 2.5 |

| DATE | C | PURPOSE | TIME |
|------|---|---------|------|
| 2/5/03 | C | 400 copies made by D counsel of our record for comparison @0.25/copy = $100.00 | |
| 2/6/03 | C | Prepared P's submission of exhibits, rev. file again to verify inclusion of all pertinent documents | 1.5 |
| 3/7/03 | M | Work on Summ. J. (Facts) | 3.5 |
| 3/9/03 | M | Work on Summ J. (Finish facts, start law) | 5.0 |
| 3/14/03 | C | Copy of videotape mailed with letter (Cost of video duplication 3 copies @ $10.00/copy = $30.00) | 0.2 |
| 3/16/03 | M | Work on Summ J (Research), contacted other counsel for additional authority | 3.0 |
| 3/18/03 | M | Work on Summ J. (arguments), additional research | 4.0 |
| 3/23/0 | M | Work on Summ. J. (research, conclusion, proofing, prepare record) Expenses = 300 copies @..25/copy = 75.00 | 5.0 |
| 3/31/03 | M | Filing of Notice of Exhibits and copying of additional record (300 copies = 75.00) | 1.0 |
| 5/5/03 | C,M | Reviewed Opp. Motion (C), started drafting and research(M) | 2.0 |
| 5/7/03 | M | Additional research and drafting | 2.0 |
| 5/8/03 | M | Drafting and additional research | 4.0 |
| 5/9/03 | M | Drafting/research | 2.0 |
| 5/11/03 | M | Completed first draft | 2.0 |
| 5/12/03 | M | Completed 2nd draft | 3.5 |
| 5/28/03 | C,M | Review of Opposition Reply memo.(C), research and draft of reply (M) | 5.0 |
| 5/29/03 | C,M | Additional research on issues raised in opp. reply(M) and completion of Reply Memo., reviewed ex parte letter from D (C) | 3.0 |

| DATE | C | PURPOSE | TIME |
|------|---|---------|------|
| 6/2/03 | M | Reviewed Motion to Strike and Order, composition Motion to Reconsider | 4.0 |
| 8/4/03 | C | Review decision, contact client | 0.6 |
| 8/5/03 | C | Research on fee petition, called D, faxed Decision to D | 1.5 |
| 8/6/03 | M | Preparation of fee petition, additional research, contact made for supporting affidavits | 5.0 |
| 8/14/03 | M | Research for fee petition, contact other counsels for declarations and declarations and orders | 3.5 |
| 8/15/03 | M | Drafting of fee petition, review of research and declarations | 6.0 |
| 8/17/03 | M | Drafting of fee petition | 2.0 |
| 8/18/03 | M C | Final Revisions of fee petition, preparation of exhibits, filing  Copying of Exhibits = 20.00 | 3.0 |
| 8/31/03 | M | Review of Defendant's opposition, initial notes | 1.0 |
| 9/1/03 | M | Initial draft of reply, research | 2.0 |
| 9/4/02 | M | Final draft, research, preparation of exhibits | 2.0 |

TOTAL TIME   =   93.6 hours

    Maximum Local Rule Rate @ $275/hr. =   $ 25,740.00

    Enhanced Rate @ $300/hr. =   $ 28,080.00

TOTAL EXPENSES  =  $450.00