IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NEAL S. SMITH,

      Plaintiff,

v.                                       Civil Action No.:WDQ 02-3049

CONTINENTAL CASUALTY COMPANY

      Defendant.

## PLAINTIFF'S NOTICE OF FILING OF ADDITIONAL EXHIBITS

On this 4th day of September, 2003, Plaintiff filed the following exhibits referred to in its Reply to Defendant's Opposition to Plaintiff's Petition for Attorney Fees:

1. Declaration of David A. Bryant, Esq.

2. Declaration of Benjamin W. Glass, Esq.

                                          Respectfully submitted,

                                          Scott B. Elkind #10810
                                          Stephen F. Shea #4066
                                          Elkind & Shea
                                          801 Roeder Rd., Ste. 550
                                          Silver Spring, MD 20910
                                          P: (301) 495-6665
                                          F: (301) 565-5111
                                          Attorneys for Plaintiff