# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                    Reply to Northern Division Address

September 9, 2003

Scott B. Elkind
Stephen F. Shea
Elkind & Shea
801 Roeder Rd, Ste. 550
Silver Spring, MD 20910

Re:      Case No. WDQ 02-3049

Dear Counsel/Party:

Your Plaintiff's Notice of Filing of Additional Exhibits was received in paper format on in the Greenbelt Court on  9/5/03.

[ X]    The document should have been filed electronically.  It has been scanned and filed electronically by court staff.

[  ]    You did not include a PDF version of the document on a diskette or CD.  The document has been scanned and filed electronically by court staff.

All further filings in this case must be made in accordance with the policies and procedures of this Court on electronic filing.  Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

If you are not a registered CM/ECF user, you should immediately register.  Registration is available on-line on the Court's web site.

Please be advised that any future filings which are not made electronically may be returned to you.

Very truly yours,


_____/s/_____
Evaleen Gibbons
for
Felicia C. Cannon, Clerk


cc:      Other counsel/party

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**

U.S. District Court (Rev. 7/9/2003) - Warning letter

Case 1:02-cv-03049-WDQ    Document 44    Filed 09/09/2003    Page 2 of 2

U.S. District Court (Rev. 7/9/2003) - Warning letter