IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEAL S. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:S 02-3049 |
| | ) |
| CONTINENTAL CASUALTY COMPANY | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING OF ADDITIONAL EXHIBITS**

Plaintiff hereby gives Notice of Filing of Additional Exhibits in this matter.

Electronic Filing in this matter includes the Fee Petition, Declaration of Scott B. Elkind, and the Billing Summary. These filed documents haven not been enumerated as additional exhibits.

Additional Exhibits in this matter have filed in paper form and include the following:

| EXHIBIT NO. | EXHIBIT DESCRIPTION: |
|---|---|
| 1 | CNA Financial Corporation Financial Profile (from CNA website) |
| 2. | Declaration of Richard Neuworth, Esq. |
| 3 | Declaration of Marc S. Schechter, Esq,. (including rate of Robert Butterfield, Esq.) |
| 4 | Declaration of Michael A. McKuin, Esq. |
| 5 | Declaration of Gary C. Nawa, Esq. |
| 6 | Declaration of Ronald Dean, Esq. |
| 7 | Declaration of Charles J. Fleishman, Esq. |
| 8 | Declaration of Jennifer Kurzon, Esq. |

1

| EXHIBIT NO. | EXHIBIT DESCRIPTION: |
|---|---|
| 9 | Declaration of Thomas M. Monson, Esq. |
| 10 | Declaration of Susan L. Horner, Esq. |
| 11 | Declaration of Daniel Feinberg, Esq. |
| 12 | Order Granting Plaintiff's Motion for Attorney's Fees in *Linda Attia v. Unum Life Ins. Co. of Am.*, United States District Court for the Central District of Florida, CV 01-02189 FMC |
| 13 | *Hemenway v. Unum Life Ins. Co. of Am.*, United States District Court for the Southern District of Columbia, CV 01-CV-0289 W (AJB)(Exhibit No. 13). |

Respectfully filed this 18th day of August, 2003.

        Respectfully submitted,

        _____
        Scott B. Elkind #10810
        Stephen F. Shea #4066
        Elkind & Shea
        801 Roeder Rd., Ste. 550
        Silver Spring, MD 20910
        P: (301) 495-6665
        F: (301) 565-5111
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following Notice of Filing of Exhibits and enumerated Exhibits therein were sent to the defense counsel in this matter via first class mail postage prepaid this 18th day of August, 2003.

        _____
        Scott B. Elkind