UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION TO STRIKE PLAINTIFF'S REPLY TO
OPPOSITION TO PETITION FOR ATTORNEYS' FEES AND COSTS
OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SURREPLY

Defendant Continental Casualty Company ('Continental'), pursuant to Maryland Local Rule 105, moves for an order of this Court striking plaintiff Neal Smith's reply to opposition to petition for attorneys' fees and costs or, in the alternative, granting Continental leave to file a surreply. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Continental Casualty Company respectfully requests that the Court grant its motion to strike plaintiff's reply to opposition to petition for attorneys' fees and costs or, in the alternative, grant leave to file a surreply.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Bryan D. Bolton
                                              Federal Bar No. 02112
                                              Michael R. McCann
                                              Federal Bar No. 23751
                                              Hisham M. Amin
                                              Federal Bar No. 15570

                                              Funk & Bolton, P.A.
                                              Twelfth Floor
                                              36 South Charles Street
                                              Baltimore, Maryland  21201-3111
                                              410.659.7700 (telephone)
                                              410.659.7773 (facsimile)

                                              Attorneys for Continental Casualty Company

Dated:       September 9, 2003

20024.014: 66962V.2