UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEAL S. SMITH | * |
|     Plaintiff, | * |
| v. | *  Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY | * |
|     Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

DEFENDANT CONTINENTAL CASUALTY COMPANY'S
MOTION TO WITHDRAW MOTION TO STRIKE

Defendant Continental Casualty Company ("Continental"), pursuant to Local Rule 105, moves to withdraw its Motion to Strike Plaintiff's Reply to Opposition to Petition for Attorneys' Fees and Costs or, in the Alternative, for Leave to File a Surreply[1] (Paper no. 46). The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Continental Casualty Company respectfully requests that the Court grant its motion to withdraw its motion to strike.

---

[1] Continental will be filing a separate motion for leave to file a surreply.

Respectfully submitted,

_____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
Michael R. McCann
Federal Bar No. 23751
Hisham M. Amin
Federal Bar No. 15570

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Continental Casualty Company

Dated: September 10, 2003

20024.014:66972