UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH | * | |
|    Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY | * | |
|    Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT CONTINENTAL CASUALTY COMPANY'S
MOTION TO WITHDRAW MOTION TO STRIKE

Defendant Continental Casualty Company ("Continental"), pursuant to Local Rule 105.1, files this memorandum in support of its Motion to Withdraw Motion to Strike.

On February 9, 2003, Continental filed a Motion to Strike Plaintiff's Reply to Opposition to Petition for Attorneys' Fees and Costs or, in the Alternative, for Leave to File a Surreply ("Motion to Strike"). (*See* Paper no. 46). Paragraphs one and two of the memorandum supporting that motion argue that Plaintiff Neal Smith was not authorized to file a reply to Continental's opposition. Because Plaintiff was authorized to file a reply by the Court's August 4, 2003 order, Continental hereby withdraws its Motion to Strike.

WHEREFORE, Continental Casualty Company respectfully requests that the Court grant its motion to withdraw its Motion to Strike Plaintiff's Reply to Opposition to Petition for Attorneys' Fees and Costs or, in the Alternative, for Leave to File a Surreply (Paper no. 46).

                    Respectfully submitted,

                    _____/s/_____
                    Bryan D. Bolton
                    Federal Bar No. 02112
                    Michael R. McCann
                    Federal Bar No. 23751
                    Hisham M. Amin
                    Federal Bar No. 15570

                    Funk & Bolton, P.A.
                    Twelfth Floor
                    36 South Charles Street
                    Baltimore, Maryland  21201-3111
                    410.659.7700 (telephone)
                    410.659.7773 (facsimile)

                    Attorneys for Continental Casualty Company

Dated: September 10, 2003

20024.014: 66974