UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONTINENTAL CASUALTY COMPANY'S
DESIGNATION OF RECORD

Pursuant to the Court's September 4, 2003 Order and Fed. R. App. P. 11(e)(3), Continental Casualty Company designates the following pleadings, papers and orders in connection with the appeal of the above-captioned action:

**Docket Entry No.**

| | |
|---|---|
| 1 | Complaint |
| 3 | Continental Casualty Company's Motion to Dismiss Complaint and Memorandum of Law in Support of Motion to Dismiss |
| 4 | Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss |
| 5 | Memorandum Opinion and Order |
| 6 | Answer and Affirmative Defenses of Continental Casualty Company |
| 9 | Plaintiff's Motion to Revise Scheduling Order and Memorandum of Points and Authorities in Support of Motion to Revise Scheduling Order |
| 11 | Continental Casualty Company's Response Consenting to Motion to Revise Scheduling Order |

| | |
|---|---|
| 12 | Order Granting Motion to Revise Scheduling Order |
| 13 | Plaintiff's Cross Motion for Summary Judgment |
| 20 | Continental Casualty Company's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment, and Memorandum in Support of Cross-Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment |
| 21 | Continental Casualty Company's Notice of Filing of Lengthy Exhibits (Notice of Filing of Administrative Record) and Administrative Record |
| 22 | Plaintiff's Opposition to Defendant's Cross-Motion for Summary Judgment |
| 23 | Plaintiff's Memorandum of Points and Authorities in Further Support of Motion for Summary Judgment and in Opposition to Defendant's Cross Motion for Summary Judgment |
| 24 | Plaintiff's Memorandum of Points and Authorities in Further Support of Motion for Summary Judgment and in Opposition to Defendant's Cross Motion for Summary Judgment (Plaintiff's Table of Contents to Memorandum of Points and Authorities) |
| 25 | Continental Casualty Company's Reply Memorandum in Further Support of Cross-Motion for Summary Judgment |
| 31 | Memorandum Opinion re: Cross Motions for Summary Judgment |
| 32 | Order |
| 37 | Joint Correspondence re: Calculation of Benefits Due |

Respectfully submitted,

_____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
Michael R. McCann
Federal Bar No. 23751
Hisham M. Amin
Federal Bar No. 15570

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Continental Casualty Company

Dated: September 18, 2003
20024.014: 67138