UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH | * | |
|    Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY | * | |
|    Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CONTINENTAL CASUALTY COMPANY'S
NOTICE OF FILING OF LENGTHY EXHIBITS

The record on appeal as designated by Continental Casualty Company exists only in paper format and if scanned will be larger than 1.5 MB. The designated record will be filed with the Clerk's Office in paper format.

The attorneys identified below certify that within 24 hours of the filing of this Notice, not including intervening weekends and days when inclement weather precludes filing and service, paper copies of the documents identified above will be filed and served.

        Respectfully submitted,

        _____/s/_____
        Bryan D. Bolton
        Federal Bar No. 02112
        Michael R. McCann
        Federal Bar No. 23751
        Hisham M. Amin
        Federal Bar No. 15570

        Funk & Bolton, P.A.
        Twelfth Floor
        36 South Charles Street
        Baltimore, Maryland  21201-3111
        410.659.7700 (telephone)
        410.659.7773 (facsimile)

        Attorneys for Continental Casualty Company

Dated:  September 18, 2003
20024.014:67216