UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEAL S. SMITH | * |
|     Plaintiff, | * |
| v. | *  Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY | * |
|     Defendant. | * |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 18th day of September, 2003, a copy of Continental Casualty Company's Notice of Filing of Lengthy Exhibits, with the lengthy exhibits referenced therein, was mailed, first class, postage prepaid, to:

> Scott B. Elkind, Esquire
> Stephen F. Shea, Esquire
> Elkind & Shea
> 801 Roeder Road, Suite 550
> Silver Spring, Maryland  20910
>
> Attorneys for Plaintiff, Neal S. Smith

                                                      /s/
                                                  Hisham M. Amin

20024:014.67218