```
              IN THE UNITED STATES DISTRICT COURT FOR
              THE DISTRICT OF MARYLAND, NORTHERN DIVISION

                                    *
NEAL S. SMITH,                      *
      Plaintiff,                    *
v.                                  *    CIVIL NO.: WDQ-02-3049
CONTINENTAL CASUALTY COMPANY        *
                                    *
      Defendant.
*   *   *   *   *   *   *   *   *   *   *   *   *
                                ORDER
```

For the reasons stated in the accompanying Memorandum Opinion, it is, this 27th day of October 2003, ORDERED:

1. That the Plaintiff's motion for attorney's fees and costs BE, and it HEREBY IS, GRANTED;

2. That the Defendant's motion for leave to file a surreply BE, and it HEREBY IS, DENIED; and

3. That the Defendant BE, and HEREBY IS, ORDERED to pay Plaintiff's attorney $28,040.00 in fees and an additional $450.00 for costs within forty-five (45) days of the date of this Order.

                                    _____/s/_____

                                    William D. Quarles, Jr.
                                    United States District Judge

1