UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONTINENTAL CASUALTY COMPANY'S
MOTION FOR APPROVAL OF *SUPERSEDEAS* BOND

Defendant Continental Casualty Company ("Continental"), pursuant to Maryland Local Rule 105 and Rule 62(d) of the Federal Rules of Civil Procedure, moves for approval of a *supersedeas* bond staying this Court's order dated October 27, 2003. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Continental Casualty Company respectfully requests that the Court grant its motion for approval of *supersedeas* bond.

                    Respectfully submitted,

                    _____/s/_____
                    Bryan D. Bolton
                    Federal Bar No. 02112
                    Michael R. McCann
                    Federal Bar No. 23751
                    Hisham M. Amin
                    Federal Bar No. 15570

                    Funk & Bolton, P.A.
                    Twelfth Floor
                    36 South Charles Street
                    Baltimore, Maryland  21201-3111
                    410.659.7700 (telephone)
                    410.659.7773 (facsimile)

                    Attorneys for Continental Casualty Company

Dated:  December 11, 2003
20024.014: 69074