UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONTINENTAL CASUALTY COMPANY'S MEMORANDUM
IN SUPPORT OF MOTION FOR APPROVAL OF *SUPERSEDEAS* BOND

Defendant Continental Casualty Company ("Continental"), pursuant to Local Rule 105.1, submits the following memorandum of law in support of its motion for approval of a *supersedeas* bond staying this Court's order dated October 27, 2003. In support thereof, Continental states as follows:

1. On October 27, 2003, this Court order Continental to pay a judgment awarding Mr. Smith attorneys' fees and costs totaling $28,490. (*See* Docket No. 55.) The Clerk entered the order on the docket the following day. (*Id.*)

2. On November 25, 2003, Continental noted a timely appeal of the Court's October 27, 2003 order. (*Id.*, 56.)

3. Pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, a party may obtain a stay of judgment pending appeal by filing for approval a *supersedeas* bond:

> When an appeal is taken the appellant by giving a supersedeas bond may obtain a stay subject to the exceptions[, inapplicable here,] contained in subdivision (a) of this rule. The bond may be given at or after the time of filing the notice of appeal or of procuring the order allowing the appeal, as the case may be. The stay is effective when the supersedeas bond is approved by the court.

Fed. R. Civ. P. 62(d).

4.  Under Rule 110(a) of the Maryland Local Rules, the amount of the bond to stay execution of a money judgment pending appeal shall be 120% of the amount of the judgment plus an additional $500 to cover costs on appeal. The amount required in this case, therefore, is $34,688.

5.  Continental requests approval of a *supersedeas* bond in the amount of $34,688 to stay the judgment ordered by this Court on October 27, 2003 pending appeal. A copy of the bond is attached as exhibit 1, the original of which will be filed if the Court grants this motion.

For the reasons stated above, Continental Casualty Company respectfully requests that the Court grant its motion for approval of *supersedeas* bond.

                                               Respectfully submitted,

                                               _____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
Michael R. McCann
Federal Bar No. 23751
Hisham M. Amin
Federal Bar No. 15570

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Continental Casualty Company

Dated: December 11, 2003
20024.014.69075