IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

NEAL S. SMITH

v.                                        CIVIL NO. WDQ 02-3049

CONTINENTAL CASUALTY COMPANY

### ORDER

Having read and considered the defendant's Motion for Approval of *Supersedeas* Bond, the same is hereby GRANTED.

Date: December 15, 2003

_____
William D. Quarles, Jr.
United States District Judge