

# Western Surety Company

IN THE UNITED STATES DISTRICT COURT

The _____ DISTRICT OF __Maryland__

__Northern__ DIVISION

Neal S. Smith                Plaintiff(s),

vs.

Continental Casualty Company
                             Defendant(s).

Case No. __WDQ-02-3049__

**SUPERSEDEAS BOND**

Effective Date: __December 10, 2003__

Bond No. __929310623__

KNOW ALL PERSONS BY THESE PRESENTS:

That we, __Continental Casualty Company__, as Principal(s), and WESTERN SURETY COMPANY, a corporation authorized to do surety business in the State of __Maryland__, as Surety, are held and firmly bound unto __Neal S. Smith__, as Obligee(s), in the sum of not to exceed __Thirty Four Thousand Six Hundred Eighty Eight and 00/100__ DOLLARS ($ __34,688.00__ ), for the payment of which well and truly to be made, we bind ourselves and our legal representatives, firmly by these presents.

THE CONDITION of the above obligation is such that WHEREAS the Obligee(s) has obtained a judgment against the Principal(s) in this action, and WHEREAS the Principal(s) intends to appeal from the judgment and gives this bond pursuant to Fed. Rule of Civ. Proc. 62(d).

NOW, THEREFORE, if the Principal(s) shall satisfy such final judgment as may be entered in this case, then this obligation to be void; otherwise to remain in full force and effect. In no event shall the total liability of the Surety for all breaches of the condition of this bond exceed the amount stated above.

Dated this __10th__ day of __December__, __2003__.

Continental Casualty Company
_____, Principal

By _____Hisham M. Amin_____
    Hisham M. Amin

_____, Principal

By _____

WESTERN SURETY COMPANY, Surety

By _____
   W.M. Herndon, III, Attorney-in-Fact

Approved:

By _____
United States District Court
_____ District of _____
_____ Division

Form F6494-4-2003

# Western Surety Company

## POWER OF ATTORNEY APPOINTING INDIVIDUAL ATTORNEY-IN-FACT

**Know All Men By These Presents,** That WESTERN SURETY COMPANY, a South Dakota corporation, is a duly organized and existing corporation having its principal office in the City of Sioux Falls, and State of South Dakota, and that it does by virtue of the signature and seal herein affixed hereby make, constitute and appoint

**Robert G. Reilly, Dehelia D. Rebholz, J. M. Herndon, III, Michael C. Chirozzi, Catherine Mountford, Elizabeth Kirkpatrick, Individually**

of Ellicott City, MD, its true and lawful Attorney(s)-in-Fact with full power and authority hereby conferred to sign, seal and execute for and on its behalf bonds, undertakings and other obligatory instruments of similar nature

### - In Unlimited Amounts -

and to bind it thereby as fully and to the same extent as if such instruments were signed by a duly authorized officer of the corporation and all the acts of said Attorney, pursuant to the authority hereby given, are hereby ratified and confirmed.

This Power of Attorney is made and executed pursuant to and by authority of the By-Law printed on the reverse hereof, duly adopted, as indicated, by the shareholders of the corporation.

**In Witness Whereof,** WESTERN SURETY COMPANY has caused these presents to be signed by its Senior Vice President and its corporate seal to be hereto affixed on this 21st day of January, 2003.

WESTERN SURETY COMPANY

Paul T. Bruflat, Senior Vice President

State of South Dakota } ss
County of Minnehaha

On this 21st day of January, 2003, before me personally came Paul T. Bruflat, to me known, who, being by me duly sworn, did depose and say: that he resides in the City of Sioux Falls, State of South Dakota; that he is the Senior Vice President of WESTERN SURETY COMPANY described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed pursuant to authority given by the Board of Directors of said corporation and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said corporation.

My commission expires

November 30, 2006



D. Krell, Notary Public

### CERTIFICATE

I, L. Nelson, Assistant Secretary of WESTERN SURETY COMPANY do hereby certify that the Power of Attorney hereinabove set forth is still in force, and further certify that the By-Law of the corporation printed on the reverse hereof is still in force. In testimony whereof I have hereunto subscribed my name and affixed the seal of the said corporation this __10th__ day of __December__, 2003.



WESTERN SURETY COMPANY

L. Nelson, Assistant Secretary

Form F4280-01-02