JUDGMENT

FILED: May 28, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 03-2105
CA-02-3049-WDQ

NEAL

Plaintiff - Appellee

v

CONT:

Defendant - Appellant

NO. 03-2435
CA-02-3049-WDQ

NEAL

Plaintiff - Appellee

v

CONT

Defendant - Appellant

---
Appeal from the United States District Court for the
District of Maryland at Baltimore
---

In accordance with the written opinion of this Court filed this day, the Court vacates the judgment of the District Court. This case is remanded to the District Court for further proceedings consistent with the Court's opinion

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
─────────────────────────
CLERK