```
            IN THE UNITED STATES DISTRICT COURT FOR
          THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                             *
NEAL S. SMITH,               *

    Plaintiff,               *

v.                           *    CIVIL NO.: WDQ-02-3049

CONTINENTAL CASUALTY COMPANY *

                             *
    Defendant.
*   *   *   *   *   *   *   *   *   *   *   *   *
```

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 9th day of June 2004, ORDERED that:

1. The Plaintiff's cross-motion for summary judgment BE, and HEREBY IS, DENIED;

2. The Defendant's cross-motion for summary judgement BE, and HEREBY IS, DENIED;

3. This case BE, and HEREBY IS, REMANDED to the Defendant for further consideration; and

4. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                               _____/S/_____
                               William D. Quarles, Jr.
                               United States District Judge