NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

June 21, 2004

**MANDATE**

TO: Clerk, District Court/Agency

FROM: Deborah A. Davenport
      Deputy Clerk

RE: 03-2105 Smith v. Continental Casualty
    CA-02-3049-WDQ
    03-2435 Smith v. Continental Casualty
    CA-02-3049-WDQ

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 5/28/04.

[x] Order and Certified Copy of Judgment
[ ] Opinion and Certified Copy of Judgment
[x] Order on Costs
[ ] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number _____

cc: Hisham M. Amin
    Michael Robert McCann
    Bryan David Bolton
    Stephen F. Shea
    Scott Bertram Elkind

