UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
June 21, 2004

No. 03-2105
CA-02-3049-WDQ

NEAL S. SMITH

       Plaintiff - Appellee

v.

CONTINENTAL CASUALTY COMPANY

       Defendant - Appellant

No. 03-2435
CA-02-3049-WDQ

NEAL S. SMITH

       Plaintiff - Appellee

v.

CONTINENTAL CASUALTY COMPANY

       Defendant - Appellant

O R D E R

Appellant has filed a two bills of costs.

The Court awards $1453.64 in total costs. An itemized statement of costs is attached to this order. A certified copy of this order shall issue to the clerk of the district court for inclusion in this Court's mandate.

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
Deputy Clerk

```
For the Court - By Direction


/s/  Patricia S. Connor
_____
          CLERK
```

To be filed by: 06/11/04

dad2 FILED
2004 JUN 10 A 10: 04
U.S. COURT OF APPEALS
FOURTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

FILED
JUN 22 2004

FILED
JUN 10 2004
U.S. Court of Appeals
Fourth Circuit

Re: 03-2105 Smith v. Continental Casualty
    CA-02-3049-WDQ

03-2435 Smith v. Continental Casualty
    CA-02-3049-WDQ

SEE INSTRUCTIONS BEFORE COMPLETING THIS FORM.

BILL OF COSTS

The Clerk is requested to tax the following costs against: [Neal Smith]

| COURT COSTS TAXABLE UNDER RULE 39, FRAP | | | CLAIMED | TAXED Court Use |
|---|---|---|---|---|
| Docketing Fee | | | $ 100.00 | $100.00 |
| Printing Appendix (including video) | [ 635 ] | Pages | 823.20 | 823.20 |
| Printing Appellant's Brief | [ 51 ] | Pages | 92.07 | 92.07 |
| Printing Appellee's Brief | [ ] | Pages | | |
| Printing Appellant's Reply Brief | [ 18 ] | Pages | 43.89 | 43.89 |
| | | TOTAL AMOUNT | $1059.16 | $1059.16 |

If costs are sought for or against the United States, agency or officer, cite statutory authority.

I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

Date 6/9/04   Signature /s/ Hisham M. Amin   (For) Name of Claiming Party Continental Casualty Company

**Certificate of Service**

I certify that on 6/9/04 [date] I mailed a copy of the bill of costs form to counsel at the address shown below:

Scott B. Elkind, Esquire
Elkind & Shea
801 Roeder Road, Suite 550, Silver Spring, MD 20910

/s/ Hisham M. Amin
Signature
Hisham M. Amin, Esquire
FUNK & BOLTON, P.A.
Twelfth Floor
36 S. Charles Street
Baltimore, MD 21201-3111



| | | |
|---|---|---|
| REMIT TO: | 38 SOUTH STREET<br>BALTIMORE, MARYLAND 21202<br>FEIN # 52-1714098<br>PHONE: 800-925-2012 | **INVOICE**<br>INVOICE NUMBER: 78038<br>INVOICE DATE: 11/10/03 |

| SOLD TO: | SHIP TO: |
|---|---|
| Funk & Bolton PA<br>36 South Charles Street<br>Twelfth Floor<br>Baltimore, MD 21201-3020 | Funk & Bolton PA<br>36 South Charles Street<br>ATTN: HISHAM AMIN<br>Baltimore, MD 21201-3020 |

SHIP VIA........: Courthouse Copy
SHIP DATE.....: 00/00/00
DUE DATE......: 12/10/03
TERMS...........: NET 30

CUST I.D........: FUNK
P.O. NUMBER...: 20024.014
P.O. DATE.......: 11/10/03
OUR ORDER NO..:
SALESPERSON..: 20

| ITEM I.D./DESC. | ORDERED | SHIPPED | UNIT | NET | TX |
|---|---|---|---|---|---|
| 01PDUP1<br>DUPLICATION | 6,093.0 | 6,093.0 | 0.10 | 609.30 | T |
| 03PBIN6<br>VELO BIND 126-425 SH | 9.0 | 9.0 | 3.50 | 31.50 | T |

FILED
ENTERED
JUN 22 2004
CLERK US DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# For Your Records

RECEIVED BY: _____

BALTIMORE
410-685-1100

WASHINGTON D.C.
202-872-1100

TAXABLE..........: 640.80
NON-TAXABLE...: 0.00
TAX.................: 32.04
TOTAL..............: 672.84

# CCS COURTHOUSE COPY SERVICES, INC.

**Invoice**

REMIT TO: 38 SOUTH STREET
BALTIMORE, MARYLAND 21202
FEIN # 52-1714098
PHONE: 800-925-2012

JUN 22 2004

INVOICE NUMBER: 78034
INVOICE DATE: 11/07/03

| | | | |
|---|---|---|---|
| SOLD TO: | Funk & Bolton PA<br>36 South Charles Street<br>Twelfth Floor<br>Baltimore, MD 21201-3020 | SHIP TO: | Funk & Bolton PA<br>36 South Charles Street<br>ATTN: HIRSHAM<br>Baltimore, MD 21201-3020 |

| | | | |
|---|---|---|---|
| SHIP VIA.........: | Courthouse Copy | CUST I.D.........: | FUNK |
| SHIP DATE.......: | 00/00/00 | P.O. NUMBER......: | 20024.014 |
| DUE DATE........: | 12/07/03 | P.O. DATE........: | 11/07/03 |
| TERMS............: | NET 30 | OUR ORDER NO...: | 20 |
| | | SALESPERSON..: | |

| ITEM I.D./DESC. | ORDERED | SHIPPED | UNIT | NET | TX |
|---|---|---|---|---|---|
| ~~09POTH2~~<br>VIDEO SALES | ~~9.0~~ | ~~8.0~~ | ~~20.00~~ | ~~160.00~~ | ~~T~~ |
| 03PBIN9B<br>RING BINDERS | 8.0 | 8.0 | 7.00 | 56.00 | T |



COURTHOUSE COPY SERVICE

| | |
|---|---|
| | 216.00 |
| | 0.00 |
| TAXABLE........: | 10.80 |
| NON-TAXABLE...: | 226.80 |
| TAX...............: | |
| TOTAL............: | |

RECEIVED BY: _____

BALTIMORE     WASHINGTON D.C.
410-685-1100  410-872-1100



# COURTHOUSE COPY SERVICES, INC.

REMIT TO: 38 SOUTH STREET
BALTIMORE, MARYLAND 21202
FEIN # 52-1714098
PHONE: 800-925-2012

FILED _____ ENTERED _____
LOGGED _____

JUN 22 2004

## Invoice

INVOICE NUMBER: 78045
INVOICE DATE: 11/10/03

| SOLD TO: | SHIP TO: |
|---|---|
| Funk & Bolton PA<br>36 South Charles Street<br>Twelfth Floor<br>Baltimore, MD 21201-3020 | Funk & Bolton PA<br>36 South Charles Street<br>ATTN: HIRSHAM<br>Baltimore, MD 21201-3020 |

SHIP VIA........: Courthouse Copy
SHIP DATE.......: 00/00/00
DUE DATE........: 12/10/03
TERMS...........: NET 30

CUST I.D........: FUNK
P.O. NUMBER.....: 20024.014
P.O. DATE.......: 11/10/03
OUR ORDER NO...:
SALESPERSON....: 20

| ITEM I.D./DESC. | ORDERED | SHIPPED | UNIT | NET | TX |
|---|---|---|---|---|---|
| 01PDUP1<br>DUPLICATION | 561.0 | 561.0 | 0.10 | 56.10 | T |
| 03PBIN6<br>VELO BIND | 12.0 | 12 | 3.50 | 42.00 | T |

### Remittance Copy

RECEIVED BY: _____

BALTIMORE
410-685-1100

WASHINGTON D.C.
410-872-1100

| TAXABLE........: | 98.10 |
|---|---|
| NON-TAXABLE....: | 0.00 |
| TAX............: | 4.91 |
| TOTAL..........: | 103.01 |



| | |
|---|---|
| REMIT TO: | **INVOICE** |
| 38 SOUTH STREET<br>BALTIMORE, MARYLAND 21202<br>FEIN # 52-1714098<br>PHONE: 800-925-2012 | INVOICE NUMBER:  79173<br>INVOICE DATE:  12/22/03 |

| SOLD TO: | SHIP TO: |
|---|---|
| Funk & Bolton PA<br>36 South Charles Street<br>Twelfth Floor<br>Baltimore, MD 21201-3020 | Funk & Bolton PA<br>36 South Charles Street<br>ATTN: DENISE<br>Baltimore, MD 21201-3020 |

| | |
|---|---|
| SHIP VIA......: Courthouse Copy<br>SHIP DATE....: 00/00/00<br>DUE DATE.....: 01/21/04<br>TERMS........: NET 30 | CUST I.D.......: FUNK<br>P.O. NUMBER....: 20024.014<br>P.O. DATE......: 12/22/03<br>OUR ORDER NO..:<br>SALESPERSON..: 20 |

| ITEM I.D./DESC. | ORDERED | SHIPPED | UNIT | NET | Tx |
|---|---|---|---|---|---|
| 01PDUP1<br>DUPLICATION 1 SET | 300.0 | 300.0 | 0.10 | 30.00 | T |
| 03PBIN3<br>GBC BIND 1-125 SHTS | 15.0 | 15.0 | 2.00 | 30.00 | T |

FILED
_____
JUN 22 2004
_____ DEPUTY

# Please Review and Sign
# For Our Representative

| | |
|---|---|
| RECEIVED BY: _____<br>BALTIMORE          WASHINGTON D.C.<br>410-685-1100        202-872-1100 | TAXABLE.........: 60.00<br>NON-TAXABLE...: 0.00<br>TAX................: 3.00<br>TOTAL.............: 63.00 |

dad2

To be filed by: 06/11/04

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED

JUN 10 2004

Re: 03-2105 Smith v. Continental Casualty
    CA-02-3049-WDQ

U.S. Court of Appeals
Fourth Circuit

JUN 22 2004

03-2435 Smith v. Continental Casualty
    CA-02-3049-WDQ

==================================================================
SEE INSTRUCTIONS BEFORE COMPLETING THIS FORM.
==================================================================
BILL OF COSTS
------------------------------------------------------------------
The Clerk is requested to tax the following costs against: [ Neal Smith ]
------------------------------------------------------------------

| COURT COSTS TAXABLE UNDER RULE 39, FRAP | | | CLAIMED | TAXED Court Use |
|---|---|---|---|---|
| Docketing Fee | | | $ 250.00 | $250.00 |
| Printing Appendix | [ 62 ] | Pages | 63.52 | 63.52 |
| Printing Appellant's Brief | [ 20 ] | Pages | 50.49 | 50.49 |
| Printing Appellee's Brief | [  ] | Pages | | |
| Printing Appellant's Reply Brief | [ 8 ] | Pages | 30.47 | 30.47 |
| | | TOTAL AMOUNT | $ 394.48 | $394.48 |

If costs are sought for or against the United States, agency or officer, cite statutory authority.
==================================================================
I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.
------------------------------------------------------------------
Date 6/9/04     | Signature /s/ Hisham M. A___     | (For) Name of Claiming Party
                                                   | Continental Casualty Company
==================================================================

**Certificate of Service**

I certify that on 6/9/04    [date] I mailed a copy of the bill of costs form to counsel at the address shown below:

Scott B. Elkind, Esquire
Elkind & Shea
801 Roeder Road, Suite 550
Silver Spring, MD 20910

/s/ Hisham M. A___
------------------------
Signature

# CCS COURTHOUSE COPY SERVICES, INC.

REMIT TO: 38 SOUTH STREET
BALTIMORE, MARYLAND 21202
FEIN # 52-1714098
PHONE: 800-925-2012

JUN 22 2004 **Invoice**

INVOICE NUMBER: 80004
INVOICE DATE: 01/05/04

| SOLD TO: | SHIP TO: |
|---|---|
| Funk & Bolton PA<br>36 South Charles Street<br>Twelfth Floor<br>Baltimore, MD 21201-3020 | Funk & Bolton PA<br>36 South Charles Street<br>ATTN: HISHAM<br>Baltimore, MD 21201-3020 |

| | |
|---|---|
| SHIP VIA.........: Courthouse Copy | CUST I.D.........: FUNK |
| SHIP DATE.......: 00/00/00 | P.O. NUMBER.......: 20024.014 |
| DUE DATE........: 02/04/04 | P.O. DATE........: 01/05/04 |
| TERMS............: NET 30 | OUR ORDER NO...: |
| | SALESPERSON..: 20 |

| ITEM I.D./DESC. | ORDERED | SHIPPED | UNIT | NET | TX |
|---|---|---|---|---|---|
| 01PDUP1<br>DUPLICATION | 630.0 | 630.0 | 0.10 | 63.00 | T |
| 03PBIN3<br>GBC BIND 1-125 SHTS | | | 2.00 | 22.00 | T |

Remittance Copy

| | |
|---|---|
| TAXABLE.........: | 85.00 |
| NON-TAXABLE.......: | 0.00 |
| TAX...................: | 4.25 |
| TOTAL..................: | 89.25 |

RECEIVED BY: _____

BALTIMORE
410-685-1100

WASHINGTON D.C.
410-872-1100

# COURTHOUSE COPY SERVICES, INC.

REMIT TO: 38 SOUTH STREET
BALTIMORE, MARYLAND
21202
FEIN # 52-1714098
PHONE: 800-925-2012

# Invoice

JUN 22 2004

INVOICE NUMBER: 80007
INVOICE DATE: 01/05/04

| SOLD TO: | Funk & Bolton PA<br>36 South Charles Street<br>Twelfth Floor<br>Baltimore, MD 21201-3020 |
|---|---|
| SHIP TO: | Funk & Bolton PA<br>36 South Charles Street<br>ATTN: HISHAM<br>Baltimore, MD 21201-3020 |

| SHIP VIA.........: Courthouse Copy | CUST I.D.........: FUNK |
|---|---|
| SHIP DATE.......: 00/00/00 | P.O. NUMBER.......: 20024.014 |
| DUE DATE........: 02/04/04 | P.O. DATE........: 01/05/04 |
| TERMS............: NET 30 | OUR ORDER NO...: |
| | SALESPERSON..: 20 |

| ITEM I.D./DESC. | ORDERED | SHIPPED | UNIT | NET | TX |
|---|---|---|---|---|---|
| 01PDUP1<br>DUPLICATION | 280.0 | 280.0 | 0.10 | 28.00 | T |
| 03PBIN3<br>GEC BIND 1-125 SHTS | | | 2.00 | 30.00 | T |

## Remittance Copy

| TAXABLE.........: | 58.00 |
|---|---|
| NON-TAXABLE......: | 0.00 |
| TAX.................: | 2.90 |
| TOTAL..............: | 60.90 |

RECEIVED BY: _____

BALTIMORE         WASHINGTON D.C.
410-685-1100      410-872-1100

# COURTHOUSE COPY SERVICES, INC.

**REMIT TO:** 38 South Street
Baltimore, Maryland 21202
FEIN # 52-1714098
Phone: 800-925-2012

JUN 22 2004

## Invoice

**INVOICE NUMBER:** 81012
**INVOICE DATE:** 02/02/04

| SOLD TO: | SHIP TO: |
|---|---|
| Funk & Bolton PA<br>36 South Charles Street<br>Twelfth Floor<br>Baltimore, MD 21201-3020 | Funk & Bolton PA<br>36 South Charles Street<br>ATTN: HISHAM<br>Baltimore, MD 21201-3020 |

| | | | |
|---|---|---|---|
| SHIP VIA: Courthouse Copy | SHIP DATE: 00/00/00 | CUST I.D.: FUNK | P.O. NUMBER: 20024.014 |
| DUE DATE: 03/03/04 | TERMS: NET 30 | P.O. DATE: 02/02/04 | OUR ORDER NO.: 20 |
| | | SALESPERSON: | |

| ITEM I.D./DESC. | ORDERED | SHIPPED | UNIT | NET | TX |
|---|---|---|---|---|---|
| 01PDUP1<br>DUPLICATION | 126.0 | 126.0 | 0.10 | 12.60 | T |
| 03PBIN3<br>GBC BIND 1-125 SHTS | | | 2.00 | 30.00 | T |

**Remittance Copy**

| | |
|---|---|
| TAXABLE: | 42.60 |
| NON-TAXABLE: | 0.00 |
| TAX: | 2.13 |
| TOTAL: | 44.73 |

RECEIVED BY: _____

BALTIMORE
410-685-1100

WASHINGTON D.C.
410-872-1100