UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONTINENTAL CASUALTY COMPANY'S
BILL OF COSTS ON APPEAL
<u>TAXABLE IN THE DISTRICT COURT</u>

Continental Casualty Company ("Continental"), pursuant to Md. Local Rule 109.1 and Fed. R. App. P. 39(e), files this bill of costs on appeal taxable in this Court. Continental requests that the following costs be taxed against plaintiff-appellee Neal Smith:

| | |
|---|---|
| Fee for filing Notice of Appeal in connection with summary judgment rulings: | $5.00 |
| Fee for filing Notice of Appeal in connection with attorneys' fees award: | $5.00 |
| Cost of preparing and transmitting the record to the Court of Appeals: | $320.17 |
| Premium cost for *supersedeas* bond: | <u>$694.00</u> |
| **Total Costs Requested:** | **$1024.17** |

WHEREFORE, Continental Casualty Company respectfully requests an order of this Court granting its bill of costs.

Respectfully submitted,

_____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
Michael R. McCann
Federal Bar No. 23751
Hisham M. Amin
Federal Bar No. 15570

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Continental Casualty Company

Dated: July 6, 2004
20024:014:73838v.2

2