UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEAL S. SMITH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONTINENTAL CASUALTY COMPANY'S MEMORANDUM
IN SUPPORT OF BILL OF COSTS ON APPEAL
<u>TAXABLE IN THE DISTRICT COURT</u>

Continental Casualty Company ("Continental"), pursuant to Md. Local Rule 109.1, submits the following memorandum of law in support of its bill of costs on appeal taxable in this Court.

I. <u>PRELIMINARY STATEMENT</u>

Pursuant to Rule 39 of the Federal Rules of Appellate Procedure, specific costs incurred on appeal are taxable in the district court after the mandate has issued. On June 21, 2004, the Court of Appeals for the Fourth Circuit issued its mandate in this case and awarded Continental certain costs incurred on appeal. Because costs authorized by rule are routinely awarded the prevailing party, and given that the Court of Appeals has already made a determination that Continental is entitled to costs incurred on appeal, Continental should be entitled to an award of costs in this Court, as well.

## II.    STATEMENT OF FACTS

On August 4, 2003, this Court ruled on summary judgment motions submitted by the parties. The Court granted Mr. Smith's motion for summary judgment in part, and denied Continental's motion for summary judgment. (*See* docket nos. 31-32.) Continental noted a timely appeal of the Court's summary judgment rulings. (*Id.* at 39.) Continental submitted the $5.00 fee for filing a notice of appeal and the docketing fee. (*See id.* (indicating receipt of fees); Amin Decl., ex. 1 at ¶ 4; ex. 2.)

On September 5, 2003, the Court ordered the parties to designate and file copies of the pleadings and papers constituting the record to be transmitted to the Court of Appeals. (*See* docket no. 42.) On September 18, 2003, in accordance with the Court's Order, Continental filed its designation of the record on appeal and submitted copies of the pleadings and papers it designated. (*See id.* at 51.) The cost to Continental of preparing, filing and serving the papers it designated as the record to be transmitted to the Court of Appeals was $320.17. (*See* ex. 3 (copy services invoice dated Sept. 18, 2003); Amin Decl., ex. 1 at ¶ 5.)

On October 28, 2003, the Court awarded Mr. Smith attorneys' fees and costs. (*See* docket nos. 54-55.) Continental noted a timely appeal of the award of attorneys' fees and costs to Mr. Smith and submitted the $5.00 fee for filing a notice of appeal and the docketing fee. (*See id.* at 56; Amin Decl., ex. 1 at ¶ 6; ex. 4.)

On December 11, 2003, Continental moved to post a *supersedeas* bond in the amount of $34,688 to stay execution of the judgment on attorneys' fees and costs during the pendency of the appeal. (*See* docket nos. 59-61.) Continental filed the *supersedeas* bond because Mr. Smith's counsel refused to refrain from executing on the attorneys' fee award during the

pendency of the appeal unless Continental compensated him. (Amin Decl., ex. 1 at ¶ 7.) The premium charge for the *supersedeas* bond was $694.00. (*See* ex. 5; Amin Decl., ex. 1 at ¶ 7.)

On appeal, Continental advanced the principal contention that this Court's importation of Social Security Ruling 90-1p into an ERISA plan violated *Black & Decker Disability Plan v. Nord,* 538 U.S. 822 (2003). *See Smith v. Cont'l Cas. Co.,* 369 F.3d 412, 418-20 (4th Cir. 2004). The Court of Appeals agreed with Continental. *See id.* at 419 ("the district court's … holding was error under the rationale of the recent Supreme Court decision in *Black & Decker Disability Plan v. Nord*"). The Court of Appeals vacated the grant of summary judgment and the award of attorneys' fees to Mr. Smith, and remanded the case to this Court for further proceedings. *See id.* at 420. The Fourth Circuit issued its mandate on June 21, 2004, and, on the same day, awarded Continental certain costs taxable in the Court of Appeals. (*See* docket nos. 65-66.)

III.    ARGUMENT

Pursuant to Rule 39(e) of the Federal Rules of Appellate Procedure, specific costs incurred on appeal are taxable only in the district court. Costs on appeal taxable in the district court include, *inter alia*: (i) costs for preparation and transmission of the record, (ii) premiums for *supersedeas* bonds, and (iii) fees for filing notices of appeal. *See* Fed. R. App. P. 39(e). The party prevailing on appeal is normally entitled to costs as a matter of course unless the court orders otherwise. *See* 16A Charles Alan Wright & Arthur R. Miller, *Federal Practice & Procedure* § 3985 & n.2 (2d ed. 1990) ("Under [28 U.S.C. § 1920] and under Rule 39, courts have uniformly held that the prevailing party is entitled to costs 'as a matter of course' unless the court directs otherwise.").

Continental prevailed on appeal. The Fourth Circuit vacated the grant of summary judgment and award of attorneys' fees to Mr. Smith. In fact, the Court of Appeals for the Fourth

3

Circuit decided the matter on the exact grounds advanced by Continental. *See Smith*, 369 F.3d at 418-20. Given that costs authorized by rule are routinely awarded the prevailing party, Continental should be entitled to an award of costs.

## IV. CONCLUSION

For the reasons stated above, Continental Casualty Company respectfully requests that the Court grant its bill of costs on appeal taxable in this Court.

                                                          Respectfully submitted,

                                                          _____/s/_____
                                          Bryan D. Bolton
                                          Federal Bar No. 02112
                                          Michael R. McCann
                                          Federal Bar No. 23751
                                          Hisham M. Amin
                                          Federal Bar No. 15570

                                          Funk & Bolton, P.A.
                                          Twelfth Floor
                                          36 South Charles Street
                                          Baltimore, Maryland  21201-3111
                                          410.659.7700 (telephone)
                                          410.659.7773 (facsimile)

                                          Attorneys for Continental Casualty Company

Dated:  July 6, 2004
20024:014:73528