UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEAL S. SMITH, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. WDQ 02-CV-3049 |
| CONTINENTAL CASUALTY COMPANY, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF HISHAM M. AMIN

I, Hisham M. Amin, hereby make oath in due form of law as follows:

1. I am over eighteen (18) years of age, have personal knowledge of the facts and circumstances stated herein, and am competent to testify.

2. I am employed as an Associate at Funk & Bolton, P.A. and have been a counsel of record for Continental Casualty Company ("Continental") in the above-captioned action since December 2002.

3. I was involved with Continental's appeal of this matter to the Court of Appeals for the Fourth Circuit.

4. As the docket indicates at docket no. 39, Continental paid the $5.00 fee for filing a notice of appeal in connection with Continental's appeal of this Court's grant of summary judgment to Neal Smith ("Mr. Smith"). The filing fee was submitted with the docketing fee to be forwarded to the Court of Appeals. A true and correct copy of the Electronic Filing Notice indicating the District Court's receipt of the filing and docketing fees is attached as exhibit 2 to Continental's Bill of Costs.


EXHIBIT 1

5. In response to this Court's September 5, 2003 Order requiring the parties to submit copies of the papers it designated as the record on appeal (*see* docket no. 42), I compiled the papers Continental designated as the appellate record. Additionally, I requested that Courthouse Copy Services make copies of the designated record for filing and service, and a copy to be retained by Continental. The cost to Continental of preparing the record was $320.17. A true and correct copy of the invoice of Courthouse Copy Services is attached as exhibit 3 to Continental's Bill of Costs.

6. As the docket indicates at docket no. 56, Continental paid the $5.00 fee for filing a notice of appeal in connection with Continental's appeal of this Court's award of attorneys' fees to Mr. Smith. The filing fee was submitted with the docketing fee to be forwarded to the Court of Appeals. A true and correct copy of the receipt from the District Court associated with the filing and docketing fees is attached as exhibit 4 to Continental's Bill of Costs.

7. I arranged and obtained the *supersedeas* bond Continental filed on December 11, 2003 to stay execution of this Court's attorneys' fees award to Mr. Smith. The premium charge for the *supersedeas* bond was $694.00. Continental filed the *supersedeas* bond because Mr. Smith's counsel refused to refrain from executing on the attorneys' fee award unless Continental compensated him. A true and correct copy of the invoice of CNA Surety is attached as exhibit 5 to Continental's Bill of Costs.

8. The items of cost identified in Continental's Bill of Costs and herein are correct and were necessarily incurred in this case, and the services for which the costs were charged were actually and necessarily performed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2004

_____
Hisham M. Amin

20024.014:73840