**Denise L. Hudghton**

From: MDD_CM-ECF_Filing@mdd.uscourts.gov
Sent: Thursday, September 04, 2003 2:51 PM
To: MDD_CM-ECF_Filing@mdd.uscourts.gov
Subject: Activity in Case 1:02-cv-03049-WDQ Smith v. Continental Casualty "USCA Appeal Fees"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Maryland

Notice of Electronic Filing

The following transaction was received from ko, Deputy Clerk entered on 9/4/2003 at 2:50 PM EDT and filed on 9/4/2003
Case Name:     Smith v. Continental Casualty
Case Number:   1:02-cv-3049
Filer:
Document Number:

Docket Text:
 ̀ ̂A Appeal Fees received $ 105 receipt number 1197601 re [39] Notice of Appeal filed by Continental Casualty Company (ko, Deputy Clerk)

The following document(s) are associated with this transaction:


**1:02-cv-3049 Notice will be electronically mailed to:**

Bryan D Bolton     bbolton@fblaw.com

Scott Bertram Elkind     elkindlawoffices@aol.com

Stephen F Shea     sfshea@mindspring.com

**1:02-cv-3049 Notice will not be electronically mailed to:**

9/4/2003


EXHIBIT 2