

REMIT TO: **38 SOUTH STREET**
**BALTIMORE, MARYLAND**
**21202**
FEIN # 52-1714098
PHONE: 800-925-2012

# INVOICE

INVOICE NUMBER: 76172
INVOICE DATE: 09/18/03

SOLD TO:
Funk & Bolton PA
36 South Charles Street
Twelfth Floor
Baltimore, MD 21201-3020

SHIP TO:
Funk & Bolton PA
36 South Charles Street
ATTN: HISHAM
Baltimore, MD 21201-3020

SHIP VIA....: Courthouse Copy
SHIP DATE...: 00/00/00
DUE DATE....: 10/18/03
TERMS.......: NET 30

CUST I.D.......: FUNK
P.O. NUMBER....: 20024.014
P.O. DATE......: 09/18/03
OUR ORDER NO...:
SALESPERSON....: 20

| ITEM I.D./DESC. | ORDERED | SHIPPED | UNIT | NET | TX |
|---|---|---|---|---|---|
| 02PLIT2<br>LIGHT LITIGATION | 2,541.0 | 2,541.0 | 0.12 | 304.92 | T |

**EXHIBIT 3**

### For Your Records

| | |
|---|---|
| TAXABLE.........: | 304.92 |
| NON-TAXABLE.....: | 0.00 |
| TAX.............: | 15.25 |
| TOTAL...........: | 320.17 |

RECEIVED BY: _____

BALTIMORE
410-685-1100

WASHINGTON D.C.
202-872-1100