```
              RECEIPT FOR PAYMENT
          UNITED STATES DISTRICT COURT
                    for the

             DISTRICT OF MARYLAND

             BALTIMORE MARYLAND, MD

                                    1199668
        -------------------------------------
        RECEIVED FROM:
        FUNK & BOLTON, P.A.
        -------------------------------------

        Case Number:
        02-3049
        -------------------------------------

        F/U/B/O:

        Party ID:
        Tender Type:            CHECK

        04-086300               $255.00

        Appeal

        Remarks: check 16580  Notice of
                 Appeal

        -------------------------------------
          Subtotal:             $255.00

        -------------------------------------
        Receipt Total:          $255.00
        =====================================
        * Checks and drafts are accepted
        subject to collections and full
        credit will only be given when
        the check or draft has been
        accepted by the financial
        institution on which it was drawn.

          Date:      11/25/03
          Clerk:
                  -------------------------
                          MRM
```

**EXHIBIT**

**4**