# CNA SURETY

**Transaction Report & Invoice**

CNA SURETY  
101 SO. PHILLIPS AVENUE  
P.O. BOX 5077  
SIOUX FALLS, SD 57117-5077

**Principal Information:**    ID: 004219126  
CONTINENTAL CASUALTY COMPANY  
TRANSCONTINENTAL TECH. SERV.  
CNA PLAZA, 13 S.  
CHICAGO, IL 60685

Agency Code: 40-68173

CNA CLAIMS  
CHICAGO IL 00000

---

**Transaction Description:** ADJUSTMENT      **Transaction Effective Date:** 12/10/2003

**Number:** 929310623      SS  JMH2

**Written By:** WESTERN SURETY COMPANY  
**Description:** SUPERSEDEAS BOND CASE NO WDQ-02-3049

**Obligee:** NEAL S SMITH  
%U.S. DIST COURT DIST OF MD  
NORTHERN DIVISION  
BALTIMORE, MD 21201

| | |
|---|---|
| PREMIUM | $694.00 |
| Gross Premium Charge: | $694.00 |
| Commission Amount: | $0.00 |
| Net Premium Due: | $694.00 |

**Effective Date:** 12-10-2003  
**Expiration Date:** 12-10-2004  
**Current Penalty:** $34,688.00  
**Renewal Method:**

**Change Detail:**

*[handwritten: Sent To: Bilczynski see letter / Resent to -DR 2/11/0 / Kripling 1/8/04]*

---

Agent: You may remove stub below to use as a billing/credit invoice

## CNA Surety      INVOICE

| FILE NO. | EFFECTIVE DATE | ANNIVERSARY DATE | PROCESS DATE | PENALTY |
|---|---|---|---|---|
| 0601 929310623 | 12-10-03 | 12-10-04 | 01-08-04 | $34,688.00 |

**PRINCIPAL** CONTINENTAL CASUALTY COMPANY  
TRANSCONTINENTAL TECH. SERV. CNA PLAZA, 13 S. CHICAGO, IL 60685    SS  JMH2

**RISK STATE** MD  
**DESCRIPTION** SUPERSEDEAS BOND CASE NO WDQ-02-3049

**OBLIGEE** NEAL S SMITH

**AGENCY CODE** 40-68173      CHARGE    $694.00

Your agent is:

CNA CLAIMS  
CHICAGO IL 00000



EXHIBIT 5